UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANTHONY MARKIECE JACKSON,

     Plaintiff,

v.                                      CASE NO. 6:11-cv-686-Orl-28GJK

ROBERT WESLEY, et al.,

     Defendants.

---

## ORDER

This case is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 11). On August 16, 2011, this Court denied Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Doc. No. 9). The Court also denied Plaintiff's Motion for Extension of Time to File an Affidavit of Indigency as moot. *Id.* Plaintiff seeks reconsideration of that order.

A motion for reconsideration must set forth facts or law strongly convincing the court to reverse its prior decision. *See Cover v. Wal-Mart Stores, Inc.*, 148 F.R.D. 294 (M.D. Fla. 1993). Furthermore, a motion for reconsideration should raise new issues and not merely readdress previously litigated issues. *Taylor Woodrow Const. Corp. v. Sarasota/Manatee Airport Authority*, 814 F.Supp. 1072, 1072 (M.D. Fla. 1993). In the instant case, Plaintiff has noted no change in the factual or legal underpinning upon which the Court based its order denying Plaintiff's motion for leave to proceed in forma pauperis and motion for extension of time. Plaintiff requested an extension of time to file an affidavit of indigency (Doc. No. 6). However, Plaintiff's motion for leave to proceed in forma pauperis

on appeal contained the requisite affidavit of indigency and financial documents (Doc. No. 7). Thus, the Court properly denied the request for an extension of time as moot.

Additionally, the Court did not err in denying Plaintiff's motion for leave to proceed on appeal in forma pauperis. This case was dismissed because Plaintiff's claims against his criminal defense attorney failed to state a claim for relief under § 1983 (Doc. No. 2). Therefore, any appeal taken would not be in good faith pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure and § 1915(a)(3). The Court finds that Plaintiff has failed to demonstrate sufficient grounds warranting the relief requested. Accordingly, it is hereby **ORDERED** that Plaintiff's motion (Doc. No. 11) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 2 3 day of October, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 10/18
Anthony Markiece Jackson